IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**ROBERT CASEY, et al.,**
    **Plaintiffs.**

                           **Civil Action number**
   v.                       **1:16-cv-4517-SCJ**

**1400 NORTHSIDE DRIVE, INC.,**
    **et al.,**
        **Defendants**

**DEFENDANTS' SUPPLEMENTAL REQUESTED JURY INSTRUCTION NUMBER 13**

Defendants hereby submit their proposed jury instruction 13, attached hereto.

                                          Respectfully submtted,
                                          /s/ *HERBERT P. SCHLANGER*
                                          Herbert P. Schlanger
                                          Ga. Bar Number 629330
                                          Counsel for defendants

Law Offices of Herbert P. Schlanger
Suite 1890
230 Peachtree Street, N.W.
Atlanta, Georgia  30303
(404) 808-6659 (voice)
(404) 745-0523 (facsimile)
hschlanger@bellsouth.net
herb@schlanger.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**ROBERT CASEY, et al.,**
    **Plaintiffs.**

                        Civil Action number
   v.                      1:16-cv-4517-SCJ

**1400 NORTHSIDE DRIVE, INC.,**
    **et al.,**
        **Defendants**

### DEFENDANTS' REQUESTED JURY INSTRUCTION NUMBER 13

[**Mitigation of Damages**: You are instructed that any person who claims damages as a result of an alleged wrongful act on the part of another has a duty under the law to "mitigate" those damages. For purposes of this case, the duty to mitigate damages requires [each plaintiff] to be reasonably diligent in seeking substantially equivalent employment to the position he held with [name of defendant]. To prove that [a plaintiff failed to mitigate damages, [the defendant] must prove by a preponderance of the evidence that: (1) work comparable to the position [plaintiff] held with [ defendant] was available, and (2) [plaintiff] did not make reasonably diligent efforts to obtain it. If, however, [name of defendant] shows that [plaintiff] did not make reasonable efforts to obtain any work, then [defendant] does not have to prove that comparable work was available.

If you find that [defendant] proved by a preponderance of the evidence that [a plaintiff] failed to mitigate damages, then you should reduce the amount of [that plaintiff]'s damages by the amount that could have been reasonably realized if [that plaintiff] had taken advantage of an opportunity for substantially equivalent employment.]

                                      11th Circuit Pattern Jury Instructions, §4.11
                                      (among others)

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**ROBERT CASEY, et al.,**
    **Plaintiffs.**

                        **Civil Action number**
**v.**                      **1:16-cv-4517-SCJ**

**1400 NORTHSIDE DRIVE, INC.,**
    **et al.,**
        **Defendants**

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2018, I electronically filed the foregoing Jury Instruction Requests with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Charles R. Bridgers, Esq.
Kevin D. Fitzpatrick, Esq.
Matthew W. Herrington, Esq.
3100 CENTENNIAL TOWER
101 MARIETTA STREET
ATLANTA, GEORGIA 30303
(404) 979-3171
(404) 979-3170 (f)
charlesbridgers@dcbflegal.com
kevin.fitzpatrick@dcbflegal.com
matthew.herrington@dcbflegal.com

                                                                                                                             /s/ HERBERT P. SCHLANGER
                                                                                                                             Herbert P. Schlanger
                                                                                                                             Ga. Bar Number 629330
                                                                                                                             Counsel for defendants

Law Offices of Herbert P. Schlanger
Suite 1890
230 Peachtree Street, N.W.
Atlanta, Georgia  30303
(404) 808-6659 (voice)
herb@schlanger.com