# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**ROBERT CASEY, et al.,**
    **Plaintiffs.**

                                                    Civil Action number
    v.                                              1:16-cv-4517-SCJ

**1400 NORTHSIDE DRIVE, INC., et al.,**
    **Defendants**

### DEFENDANTS' RESPONSE TO [52] PLAINTIFFS' MOTION FOR AN AWARD OF FEES AND COSTS

Defendants do not dispute that the plaintiffs are entitled to an award of reasonable fees and costs so long as the verdict stands. Defendants do not contest the reasonableness of the rates or hours reported.

Respectfully submitted this 29th day of May, 2018.

                                                    /s/ HERBERT P. SCHLANGER
                                                    Herbert P. Schlanger[1]
                                                        Ga. Bar Number 629330
                                                    Counsel for defendants

Law Offices of Herbert P. Schlanger
Suite 1890
230 Peachtree Street, N.W.
Atlanta, Georgia  30303
(404) 808-6659 (voice)
(404) 745-0523 (facsimile)
herb@schlanger.com

---

[1]    Counsel hereby certifies, pursuant to the requirements of LR 7.1.D., that the foregoing document was prepared using 14-point Times New Roman type.

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2018, I electronically filed the foregoing Response with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Charles R. Bridgers, Esq.
Kevin D. Fitzpatrick, Esq.
Matthew W. Herrington, Esq.
3100 CENTENNIAL TOWER
101 MARIETTA STREET
ATLANTA, GEORGIA 30303
(404) 979-3171
(404) 979-3170 (f)
charlesbridgers@dcbflegal.com
kevin.fitzpatrick@dcbflegal.com
matthew.herrington@dcbflegal.com

                                                  /s/ HERBERT P. SCHLANGER
                                                  Herbert P. Schlanger
                                                        Ga. Bar Number 629330
                                                  Counsel for defendants

Law Offices of Herbert P. Schlanger
Suite 1890
230 Peachtree Street, N.W.
Atlanta, Georgia  30303
(404) 808-6659 (voice)
(404) 745-0523 (facsimile)
hschlanger@bellsouth.net
herb@schlanger.com