IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**ROBERT CASEY, et al.,**
    **Plaintiffs.**

    **v.**

**Civil Action number
1:16-cv-4517-SCJ**

**1400 NORTHSIDE DRIVE, INC., et al.,**
    **Defendants**

**DEFENDANTS' RESPONSE TO [51] PLAINTIFFS' MOTION
RE: TOLLING**

Plaintiffs seek to use the doctrine of "equitable tolling" to permit Mr. Casey to recover the amount enumerated by the jury in paragraph 5 of the verdict form. Defendants believe that the analysis by Judge Story in *Bennett v. Advanced Cable Contractors, Inc.*, No. 1:12-CV-115-RWS, slip op. P.17, et seq. (N.D. Ga., May 7, 2012), is on point and requires denial of the motion.  Simply stated, there was nothing that the defendants did to mislead Mr. Casey (who was, at the time, represented by counsel and was aware of his rights).  His counsel could have brought the retaliation claim in the *Henderson* suit and this discussion would be unnecessary.  Adding over two years to the limitations period would be inequitable (particularly since the delay in re-hiring Mr. Casey after he requested it was days, not years).

1

Mr. Casey's motion should be denied.

Respectfully submitted this 29th day of May, 2018.

       /s/ HERBERT P. SCHLANGER
       Herbert P. Schlanger[1]
       Ga. Bar Number 629330
       Counsel for defendants

Law Offices of Herbert P. Schlanger
Suite 1890
230 Peachtree Street, N.W.
Atlanta, Georgia  30303
(404) 808-6659 (voice)
(404) 745-0523 (facsimile)
herb@schlanger.com
hschlanger@bellsouth.net

---

[1] Counsel hereby certifies, pursuant to the requirements of LR 7.1.D., that the foregoing document was prepared using 14-point Times New Roman type.

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2018, I electronically filed the foregoing Response with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Charles R. Bridgers, Esq.
Kevin D. Fitzpatrick, Esq.
Matthew W. Herrington, Esq.
3100 CENTENNIAL TOWER
101 MARIETTA STREET
ATLANTA, GEORGIA 30303
(404) 979-3171
(404) 979-3170 (f)
charlesbridgers@dcbflegal.com
kevin.fitzpatrick@dcbflegal.com
matthew.herrington@dcbflegal.com

                                                  _/s/ HERBERT P. SCHLANGER_____
                                                  Herbert P. Schlanger
                                                      Ga. Bar Number 629330
                                                 Counsel for defendants

Law Offices of Herbert P. Schlanger
Suite 1890
230 Peachtree Street, N.W.
Atlanta, Georgia  30303
(404) 808-6659 (voice)
(404) 745-0523 (facsimile)
hschlanger@bellsouth.net
herb@schlanger.com