IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT CASEY, TAYLOR ADDY, ROGER WILSON, ZACHARY CHASTAIN, TRAVIS DELDUCA,<br>    Plaintiffs,<br><br>v.<br><br>1400 NORTHSIDE DRIVE, INC., d/b/a Swinging Richards; C.B. JONES, II; Administrator of General Services Administration,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:16-CV-4517-SCJ |

## ORDER

As the Court noted in denying Defendant's Motion for Judgment as a Matter of Law, defense counsel argued that the Eleventh Circuit "held" that "personal testimony by [a plaintiff] which [is] not corroborated, in whole or in part, by other credible evidence . . . will not serve to meet [a plaintiff's] burden of proof." Doc. No. [62], p. 19. In fact, the Eleventh Circuit did not "hold" anything of the sort and was not "construing" a statute. See id. Rather, the Eleventh Circuit was relying entirely on language found in immigration regulations. See Haitian Refugee Ctr., Inc. v. Nelson, 872 F.2d 1555, 1559 (11th Cir. 1989) (quoting 8 C.F.R. § 210.3(b)(3)). This made perfect sense in Haitian Refugee Ctr. because that was an immigration case,

AO 72A
(Rev.8/82)

and those regulations were applicable. But the matter at bar is a Fair Labor Standards Act ("FLSA") case.

Defendants and their counsel are hereby **ORDERED** to appear before the Court for a hearing on **August 28, 2018 at 2:30 P.M.** in Courtroom 1907, United States Courthouse, Northern District of Georgia, 75 Ted Turner Drive, S.W., Atlanta, Georgia. At the hearing, defense counsel will be called upon to provide "a nonfrivolous argument" why he contended statutory regulations pertaining to the Immigration Reform and Control Act of 1986 apply in this FLSA case.  See Fed. R. Civ. P. 11(b)(2).

**IT IS SO ORDERED**, this 6th day of August, 2018.

                                        s/Steve C. Jones
                                        HONORABLE STEVE C. JONES
                                        UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)